**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| RASUL MUHAMMAD, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>AMALGAMATED INVESTMENTS COMPANY<br><br>Defendant. | Case No. 1:19-cv-7235<br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL**<br>**WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE**, the Plaintiff hereby dismisses AMALGAMATED INVESTMENTS COMPANY from the above-entitled action pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:   Chicago, Illinois
          November 21, 2019

Respectfully submitted,

By: /s/ *R. Joseph Kramer*
R. Joseph Kramer, Esq.
Kramer Injury Law LLC
225 W. Washington Street, Suite 2200
Chicago, IL 60606
Joe@rjklawyer.com
Tel: (312) 775-1012