# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RASUL MUHAMMAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 19-cv-7235 |
| v. ) | |
| ) | Judge Sharon Johnson Coleman |
| AMALGAMATED BANK OF CHICAGO, ) | Magistrate Judge Gabriel A. Fuentes |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rasul Muhammad and Defendant Amalgamated Bank of Chicago, by and through their respective undersigned counsel, jointly stipulate to the dismissal with prejudice of the instant action, without costs and attorney's fees except as more fully set forth in their Settlement Agreement and Release.

STIPULATED AND AGREED:

s/ *R. Joseph Kramer*             s/ *W. Scott Porterfield*
R. Joseph Kramer                 W. Scott Porterfield
KRAMER INJURY LAW LLC        Barack Ferrazzano Kirschbaum & Nagleberg LLP
225 W. Washington Street, Ste. 2200    200 West Madison Street, Suite 3900
Chicago, IL 60606                Chicago, IL 60606
Phone: (312) 775-1012            Phone: (312) 984-3202
joe@rjklawyer.com                scott.porterfield@bfkn.com

*Attorney for Plaintiff Muhammad*      *Attorney for Amalgamated Bank of Chicago*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record entitled to service via the Court's CM/ECF Filing System on January 24, 2020.

                                        */s/ R. Joseph Kramer*
                                        R. Joseph Kramer